UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZADEH, *et al.*,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>TRUMP, *et al.*,<br><br>                     Defendants. | Civil Action No. 1:17-cv-00243-TSC |

**MOTION FOR ABDINASIR M. ABDULAHI TO APPEAR *PRO HAC VICE***

I, S. Douglas Bunch, counsel for Plaintiffs, respectfully request that the Court admit Abdinasir M. Abdulahi of AMA Law Group PLLC for the limited purpose of appearing and participating in this case as co-counsel. Abdinasir M. Abdulahi is a member in good standing of the Minnesota State Bar.

Dated:  February 15, 2017

Respectfully submitted,

*/s/ S. Douglas Bunch*
Kit A. Pierson (D.C. Bar No. 398123)
S. Douglas Bunch (D.C. Bar No. 974054)
Sally Handmaker (D.C. Bar No. 1005414)
Julia Horwitz (D.C. Bar No. 1018561)
1100 New York Ave. NW
Suite 500, East Tower
Washington, DC 20005
(202) 408-4600
kpierson@cohenmilstein.com
dbunch@cohenmilstein.com
shandmaker@cohenmilstein.com
jhorwitz@cohenmilstein.com

*Local Counsel for Plaintiffs*

1