## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZADEH, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>TRUMP, *et al.*,<br><br>               Defendants. | Civil Action No. 1:17-cv-00243-TSC |

### DECLARATION OF ABDINASIR M. ABDULAHI IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Abdinasir M. Abdulahi, on oath, declare:

1. I am an attorney at AMA Law Group PLLC, 1113 E. Franklin Ave, Suite 104 Minneapolis, MN 55404. My telephone number is (612) 871-1110.

2. I am an active member in good standing of the bar of the State of Minnesota.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court at any time within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application pending for admission.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February, 2017.

                                                              */s/ Abdinasir M. Abdulahi*
                                                              Abdinasir M. Abdulahi