## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZADEH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:17-cv-00243-TSC |

## **PROPOSED ORDER**

AND NOW, based on Plaintiffs' Motion for Abdinasir M. Abdulahi to Appear *Pro Hac Vice*, and the record in this case, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and Abdinasir M. Abdulahi may appear *pro hac vice* as counsel for Plaintiffs in this case.

Date: _____        _____
　　　　　　　　　　　　　　　　　　Honorable Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　United States District Judge