**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of February 2017, a copy of the foregoing Motion for Abdinasir M. Abdulahi to Appear *Pro Hac Vice*; Declaration of Abdinasir M. Abdulahi as to *Pro Hac Vice* Admission; and Proposed Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

*/s/ S. Douglas Bunch*
S. Douglas Bunch