# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZADEH, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-00243-TSC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)** |

The parties have reached a resolution to this case that requires no further judicial involvement.  Accordingly, the parties stipulate to a dismissal of this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party responsible for its own fees and costs.

Dated:  March 8, 2017

**COHEN MILSTEIN SELLERS & TOLL PLLC**

    /s/ S. Douglas Bunch
Kit A. Pierson (D.C. Bar No. 398123)
S. Douglas Bunch (D.C. Bar No. 974054)
Sally Handmaker (D.C. Bar No. 1005414)
Julia Horwitz (D.C. Bar No. 1018561)
1100 New York Ave. NW
Suite 500, East Tower
Washington, DC 20005
(202) 408-4600
kpierson@cohenmilstein.com
dbunch@cohenmilstein.com
shandmaker@cohenmilstein.com
jhorwitz@cohenmilstein.com

- and -

Adam L. Hansen
(admitted *pro hac vice*)
**APOLLO LAW LLC**
400 S. 4th St.
Suite 401M - 250
Minneapolis, MN 55415
(612) 927-2969
adam@apollo-law.com

- and -

Kevin C. Riach
(admitted *pro hac vice*)
Benjamin R. Tozer
(*pro hac vice* forthcoming)
**FREDRIKSON & BYRON, P.A.**
200 S. Sixth St.
Suite 4000
Minneapolis, MN 55402
(612) 492-7000
kriach@fredlaw.com
btozer@fredlaw.com

- and -

Benjamin Casper Sanchez
(admitted *pro hac vice*)
Regina Jeffries
(admitted *pro hac vice*)
Linus Chan
(admitted *pro hac vice*)
**CENTER FOR NEW AMERICANS
UNIVERSITY OF MINNESOTA LAW
SCHOOL**
229 19th Ave. S.
Minneapolis, MN 55455
(612) 625-5515
caspe010@umn.edu
rjefferi@umn.edu
rlchan@umn.edu

- and -

John Keller
(*pro hac vice* forthcoming)
**IMMIGRANT LAW CENTER OF MINNESOTA**
450 N. Syndicate St., Suite 200
St. Paul, MN 55104
(651) 641-1011
John.Keller@ilcm.org

- and -

Sarah Brenes
(admitted *pro hac vice*)
**THE ADVOCATES FOR HUMAN RIGHTS**
330 Second Ave. S., Suite 800
Minneapolis, MN 55401
(612) 341-3302
sbrenes@advrights.org

- and -

Abdinasir M. Abdulahi
(admitted *pro hac vice*)
**AMA LAW GROUP, PLLC**
1113 E. Franklin Ave, Suite 104
Minneapolis, MN 55404
(612) 871-1110
abdi@amalawgroup.com

- and –

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
**AMERICAN CIVIL LIBERTIES UNION
  OF THE DISTRICT OF COLUMBIA**
4301 Connecticut Ave., N.W., Suite 434
Washington, DC 20008
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org


*Attorneys for Plaintiffs*

3

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

COLIN A. KISOR
Deputy Director

J. MAX WEINTRAUB
Senior Litigation Counsel

ELIANIS N. PÉREZ
Senior Litigation Counsel

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 898, Ben Franklin Station
Washington, DC  20044
202.305.0106 | Fax: 202.305.7000
joshua.press@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of March 2017, a copy of the foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice